IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

T.C. MATHIS, JR.                                                PLAINTIFF

v.                  CIVIL NO. 05-1080

JO ANNE B. BARNHART, Commissioner
Social Security Administration                           DEFENDANT

## **J U D G M E N T**

For reasons stated in a memorandum opinion of this date, we hereby grant defendant's motion; reverse the decision of the Commissioner; and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 14th day of February 2006.

                                                     /s/ Beverly Stites Jones
                                                     HON. BEVERLY STITES JONES
                                                    UNITED STATES MAGISTRATE JUDGE